**UNITED STATES of America ex rel. Charles F. KELLEY, Appellant,**

v.

**Alfred T. RUNDLE, Warden, Eastern State Correctional Institution, Philadelphia, Pennsylvania.**

**No. 15429.**

United States Court of Appeals Third Circuit.

Submitted Nov. 19, 1965.

Decided Dec. 6, 1965.

Charles F. Kelley, pro se.

James C. Crumlish, Jr., U. S. Atty., Abner Silver, Asst. U. S. Atty., Phila-

delphia, Pa., Abner H. Silver, Asst. Dist. Atty., Joseph M. Smith, Asst. Dist. Atty., Chief, Appeals Division, F. Emmett Fitzpatrick, Jr., First Asst. Dist. Atty., James C. Crumlish, Jr., Dist. Atty., Philadelphia, Pa., for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM:

On review of the record we find no error. The Order of the District Court denying the petition for the writ of habeas corpus will be affirmed for the reasons so well stated by Judge Higginbotham in his opinion reported at 242 F. Supp. 708 (E.D.Pa.1965).